IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NICOLE ACCARDI, on behalf of herself and all others similarly situated, | : : : | |
| Plaintiffs, | : : | Civil Action File No. |
| v. | : : | 1:15-cv-02308-TCB-CMS |
| FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., | : : : | |
| Defendant. | : : : | |
| _____ | : | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed without prejudice,

Respectfully submitted,

SKAAR & FEAGLE, LLP

by:   /s/ Justin T. Holcombe
Justin T. Holcombe
Georgia Bar No. 552100
133 Mirramont Lake Drive
Woodstock, GA 30189
404 / 373-1970
404 / 601-1855 fax
jholcombe@skaarandfeagle.com